## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**CECIL RAY ALDRIDGE**                                                          **PLAINTIFF**

**v.**                                    **CASE NO. 2:26-CV-00007-BSM**

**ST. FRANCIS COUNTY**
**DETENTION CENTER,** *et al.*                                              **DEFENDANTS**

## ORDER

After de novo review of the record, Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 6] is adopted and Cecil Aldridge's complaint is dismissed without prejudice for failure to state a claim upon which relief can be granted. Dismissal of this action counts as a strike under 28 U.S.C. section 1915(g) and an *in forma pauperis* appeal would not be taken in good faith. Aldridge's motions for order [Doc. Nos. 7–8] are denied as moot.

IT IS SO ORDERED this 13th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE