# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**CECIL RAY ALDRIDGE**                                    **PLAINTIFF**

**v.**                        **CASE NO. 2:26-CV-00007-BSM**

**ST. FRANCIS COUNTY**
**DETENTION CENTER,** *et al.*                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 13th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE